# EXHIBIT 4



US00D625507S

(12) **United States Design Patent**       (10) **Patent No.:**        **US D625,507 S**

Quinn                                       (45) **Date of Patent:**   ** **Oct. 19, 2010**

(54) **FOLDING CANOPY**

(75) Inventor:  **Thomas A. Quinn**, Carlsbad, CA (US)

(73) Assignee:  **Pro Performance Sports**, Carlsbad, CA (US)

(**) Term:  **14 Years**

(21) Appl. No.:  29/355,727

(22) Filed:  **Feb. 12, 2010**

(51) **LOC (9) Cl.** .................................................. **03-03**
(52) **U.S. Cl.** .................................................. **D3/5**
(58) **Field of Classification Search** ................. D3/5–6,
        D3/10–14, 16–17; 135/98–100, 16, 19.5,
        135/20.1, 22–25, 25.1, 29, 33.2, 910, 913;
                                              297/184.16
        See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D338,327 | S | * | 8/1993 | Lewis ............................. D3/5 |
| 5,505,221 | A | | 4/1996 | Gao |
| D419,759 | S | | 2/2000 | Goudarzi |
| 6,328,047 | B1 | * | 12/2001 | Lee ......................... 135/20.1 |
| 6,520,574 | B1 | * | 2/2003 | Huang ................ 297/184.16 |
| D475,524 | S | * | 6/2003 | Clarke ........................... D3/5 |
| D477,906 | S | * | 8/2003 | Martin ........................... D3/5 |
| D486,310 | S | * | 2/2004 | Goldy ...................... D6/335 |
| D491,348 | S | * | 6/2004 | Clarke ........................... D3/5 |
| D491,720 | S | * | 6/2004 | Clarke ........................... D3/5 |
| D494,769 | S | * | 8/2004 | Vigneaud ................... D6/368 |
| 6,926,355 | B2 | | 8/2005 | Le Gette et al. |
| D516,296 | S | * | 3/2006 | Napieraj ...................... D3/10 |
| D571,111 | S | * | 6/2008 | Louis-Jean ................. D6/335 |
| 7,395,828 | B1 | | 7/2008 | Pulley |
| 7,431,389 | B2 | | 10/2008 | Reeb et al. |
| D612,624 | S | * | 3/2010 | Lovley et al. ............... D6/368 |
| 2002/0157693 | A1 | * | 10/2002 | Whitmer ..................... 135/16 |
| 2007/0236058 | A1 | | 10/2007 | Yieder |

| 2008/0149152 | A1 | | 6/2008 | Huang |
|---|---|---|---|---|

FOREIGN PATENT DOCUMENTS

| WO | WO 99/44458 A1 | 9/1999 |
|---|---|---|

OTHER PUBLICATIONS

"Kelsyus Convertible Canopy Chair", product sheet printed from http://www.amazon.com/Kelsyus-Convertible-Canopy-Chair-Blue/dp/B00108LLKO/ref=p... (Feb. 11, 2009). 2 pages.
"UV Canopy for Kelsyus Chairs", product sheet printed from http://www.beachstore.com/Beach-Products/BackPack-Beach-Chairs/UV-Canopy-for-Kels... (Feb. 11, 2009). 1 page.
"Renetto, The Original Canopy Chair" product sheet printed from http://www.canopychair.con/sitemap.html (Feb. 11, 2009). 1 page.

* cited by examiner

*Primary Examiner*—Elizabeth A Albert
*Assistant Examiner*—Kelley A Donnelly
(74) *Attorney, Agent, or Firm*—Kenneth H. Ohriner; Perkins Coie LLP

(57)                          **CLAIM**

The ornamental design for a folding canopy, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the folding canopy of the present invention;

FIG. **2** is a front elevation view thereof;

FIG. **3** is a rear elevation view thereof;

FIG. **4** is a left side elevation view thereof

FIG. **5** is a right elevation view thereof; and,

FIG. **6** is a top plan view thereof.

The broken lines illustrating a chair are for the purpose of illustrating the environment of the design only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**

Case 2:12-cv-01084-GMN-GWF   Document 1-4   Filed 06/25/12   Page 8 of 8



**FIG. 6**